**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST, ROOM 2060
NEWARK, NJ 07102

June 23, 2022

### LETTER ORDER

Re:   **ZEQO v. SELCO MANUFACTURING CORP. et al**
      **Civil Action No. 21-15240 (CCC)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders the following:

1. With regard to the discovery dispute outlined in the parties' joint letter to the Court dated May 27, 2022 [ECF No. 35]:

   a. By no later than **July 29, 2022**, Defendant shall produce to Plaintiff the M1 system records pertaining to the sixteen (16) clients listed in footnote 2 of the letter for the time period of August 2019-December 2021.

2. Fact discovery shall be completed by **September 30, 2022**.

3. The Court will conduct a telephone status conference with the parties on **October 3, 2022 at 11:00 A.M.** Counsel for Plaintiff shall initiate the call. Prior to the call, the parties shall exchange settlement positions.

**IT IS SO ORDERED.**

  s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**