IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| **REZART ZEQO,**<br><br>Plaintiff,<br><br>v.<br><br>**SELCO MANUFACTURING CORP.** and **PETER HUTCHINSON,**<br><br>Defendants. | **Civil Action No. 21-15240**<br><br>**ORDER** |

**SEMPER**, District Judge.

**THIS MATTER** having come before the Court on Defendant Selco Manufacturing Corp. ("Selco") and Peter Hutchinson's ("Hutchinson") (collectively "Defendants") Motion for Summary Judgment and the Cross-Motion for Summary Judgment filed by Plaintiff Rezart Zeqo ("Plaintiff"). (ECF 64, 67.) And this Court having considered the parties submissions, and for the reasons stated in the accompanying Opinion;

**IT IS** on this 13th day of May 2024, hereby:

1. **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 64, is **DENIED;** and it is

2. **ORDERED** that Plaintiff's Cross-Motion for Summary Judgment, ECF No. 67, is **DENIED** as to Count I and **GRANTED** in part as to Count II.

                                                                               */s Jamel K. Semper*  
                                                                              **HON. JAMEL K. SEMPER**  
                                                                              UNITED STATES DISTRICT JUDGE